UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BENJAMIN DOUGHERTY,**

        **Plaintiff,**

      v.                       CASE NO.: 4:21-cv-00269-MW-MAF

**AERIE PHARMACEUTICALS, INC.**

        **Defendant.**

_____/

**JOINT MOTION FOR EXTENSION OF
DISCOVERY, PRETRIAL, AND TRIAL DEADLINES**

Plaintiff, BENJAMIN DOUGHERTY ("Plaintiff"), and Defendant, AERIE PHARMACEUTICALS, INC. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), file this Joint Motion for Extension of Discovery, Pretrial, and Trial Deadlines, requesting that the Court extend all remaining deadlines by sixty (60) days, in light of the Parties ongoing discovery and ability to comply with and meet the current deadlines. In support of this Motion the Parties state as follows:

1. This Court entered a Scheduling and Mediation Order (Doc. 13) on August 16, 2021, approving the Joint Scheduling Report (Doc. 12). Since that time, the Parties have continued to diligently work on written discovery.

1

2. In addition, in an effort to explore early resolution of this matter, the parties attempted mediation on November 22, 2021. However, the parties were unable to reach a resolution, thus, an impasse was declared. The parties plan to attempt a second mediation after the conclusion of discovery.

3. In December 2021 and January 2022, the offices of counsel for both Plaintiff and Defendant were affected by the ongoing COVID-19 pandemic, which caused delays in completing written discovery and taking depositions. Due to these delays, both Parties have been unable meet the current deadlines.

4. Subject to the Court's approval and extension of deadlines, the Parties have agreed to depositions on the following dates:

April 4, 2022: Plaintiff's Deposition by Defendant

April 15, 2022: Plaintiff's Depositions of witnesses

5. The Parties request a sixty (60) day extension of time to all deadlines in the Scheduling and Mediation Order as follows:

| Type of Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Deadline | March 3, 2022 | May 2, 2022 |
| Dispositive and Daubert Motions | March 23, 2022 | May 22, 2022 |
| Jury Trial | July 18, 2022 | September 16, 2022 |

6. The Parties believe that an extension of time will allow them to complete discovery and to engage in meaningful settlement negotiations.

7.     This request is made in good faith and not for the purposes of undue delay or prejudice.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b), extension of the deadlines may be granted for good cause shown. The Parties have filed this Motion in advance of the discovery deadline set forth in the Court's Scheduling and Mediation Order (Doc. 13). At the current date, the Parties are continuing to engage in the ongoing exchange of written discovery and requests for document production.

For the reasons set forth above, good cause has been shown for the extension of the deadlines, and the Motion is not being filed for the purposes of delay. Moreover, this extension will not cause prejudice of any kind to either Party, as both Parties continue to actively participate in the discovery phase. Therefore, the Parties respectfully request an extension of all deadlines by sixty (60) days.

## Certificate of Compliance with Local Rule 7.1(F)

In accordance with Local Rule 7.1(F), the undersigned attorneys certify that this brief was prepared using proportionately spaced Times New Roman 14-point font and contains 696 words in the pertinent sections.

WHEREFORE, the Parties respectfully request that this Court enter an order granting this Motion and extend the remaining deadlines set forth in the Order dated August 16, 2021 (Doc. 13) as set forth in the chart above.

Respectfully submitted this 18th day of February 2022.

/s/Marie A. Mattox
Marie Mattox, Esq.
Florida Bar No. 739685
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL  32303
marie.@mattoxlaw.com
shannon@mattoxlaw.com
Telephone:  (850) 383-4800
Facsimile:  (850) 383-4801
*Attorneys for Plaintiff*


/s/ Thomas L. Dickens
Thomas L. Dickens, III, Esq.
Florida Bar No. 63867
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
tdickens@forthepeople.com
rnfermaint@forthepeople.com
Telephone:  (407) 420-1414
Facsimile:  (407) 204-2208
*Attorneys for Plaintiff*

By: /s/ B. Tyler White
B. Tyler White
Florida Bar No. 038213
Tyler.White@jacksonlewis.com
M. Megan Coughlin
Florida Bar No. 113667
Megan.Coughlin@jacksonlewis.com
JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, Florida 32202
Telephone:  (904) 638-2655
Shelly.Rundell@jacksonlewis.com
Jacksonville.Docketing@jacksonlewis.com

*Attorneys for Defendant*

4892-1170-8174, v. 1